```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08091
    CAROLYN HARGROVE JORDAN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7081

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/03/2008 and was confirmed 06/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  65.00%.

      The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
BENEFICIAL ILLINOIS INC    CURRENT MORTG        .00              .00           .00
TRIAD FINANCIAL CORP       UNSECURED         222.01              .00           .00
CITI RESIDENTIAL LENDING   CURRENT MORTG        .00              .00           .00
AMERICAN EXPRESS           UNSECURED       NOT FILED             .00           .00
ARONSON FURNITURE          UNSECURED       NOT FILED             .00           .00
BANK ONE CARD SVS          UNSECURED       NOT FILED             .00           .00
CALIFORNIA STUDENT AID C   UNSECURED       NOT FILED             .00           .00
CALIFORNIA STUDENT AID     UNSECURED       NOT FILED             .00           .00
CBCS                       UNSECURED       NOT FILED             .00           .00
CBCS                       UNSECURED       NOT FILED             .00           .00
CCA                        UNSECURED       NOT FILED             .00           .00
CCA                        UNSECURED       NOT FILED             .00           .00
CCA                        UNSECURED       NOT FILED             .00           .00
NATIONWIDE LOYOLA CU       UNSECURED       NOT FILED             .00           .00
NICOR GAS                  UNSECURED       NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         913.14              .00           .00
RMI/MCSI                   UNSECURED         450.00              .00           .00
RMI/MCSI                   UNSECURED       NOT FILED             .00           .00
ROADLOANS.COM              UNSECURED       NOT FILED             .00           .00
WFNNB VALUE CIYT FURN      UNSECURED       NOT FILED             .00           .00
CITI RESIDENTIAL LENDING   MORTGAGE ARRE   20000.00              .00        2757.75
RENAISSANCE/CENTURION      SECURED NOT I    1809.46              .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY      3,249.00                           .00
TOM VAUGHN                 TRUSTEE                                          239.81
DEBTOR REFUND              REFUND                                           642.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,639.56
```

               PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 08091 CAROLYN HARGROVE JORDAN

```
PRIORITY                                                             .00
SECURED                                                         2,757.75
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              239.81
DEBTOR REFUND                                                     642.00
                                     ---------------     ---------------
TOTALS                                      3,639.56            3,639.56
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 03/05/09                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```